## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)

| | |
|---|---|
| GERALDINE GALVANI,<br>　　　　Plaintiff, | CASE NO. 2:21-cv-00241 |
| vs. | **TRANS UNION, LLC'S NOTICE OF REMOVAL** |
| SYNCHRONY BANK d/b/a JTV and TRANSUNION, LLC;<br>　　　　Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Supreme Count Of The State Of New York, County Of Nassau, to the United States District Court for the Eastern District of New York (Central Islip), on the following grounds:

1.　　Plaintiff Geraldine Galvani served Trans Union on or about January 12, 2021, with a Summons, Complaint and Notice of Electronic Filing filed in the Supreme Count Of The State Of New York, County Of Nassau.  Copies of the Summons, Complaint, redacted pursuant to Fed. R. Civ. P. 5.2 and Notice of Electronic Filing are attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively. No other process, pleadings or orders have been served on Trans Union.

2.　　Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 17, 20-34.

3.　　This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Supreme Count Of The State Of New York, County Of Nassau, to the United States District Court for the Eastern District of New York (Central Islip).

5.      Counsel for Trans Union has confirmed with the Supreme Count Of The State Of New York, County Of Nassau, that they have no document or file suggesting any other Defendant has been served.  To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6.      Notice of this removal will promptly be filed with the Supreme Count Of The State Of New York, County Of Nassau, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Supreme Count Of The State Of New York, County Of Nassau, to this United States District Court, Eastern District of New York (Central Islip).

Date:   January 15, 2021                                  Respectfully submitted,

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **15th day of January, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **15th day of January, 2021** properly addressed as follows:

| **for Plaintiff Geraldine Galvani**<br>Adham Elsayed, Esq.<br>Law Offices of Robert S. Gitmeid & Associates, PLLC<br>30 Wall Street, 8th Floor #741<br>New York, NY  10005 | |
|---|---|

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*