FILED
CLERK
4/1/2021 11:12 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)**

| | |
|---|---|
| GERALDINE GALVANI,<br>　　　Plaintiff, | CASE NO. 2:21-cv-00241-JMA-AKT |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |
| SYNCHRONY BANK d/b/a JTV and TRANSUNION, LLC;<br>　　　Defendants. | |

Plaintiff Geraldine Galvani, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Geraldine Galvani against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Geraldine Galvani and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 4/1/2021

/s/ Joan M. Azrack
JUDGE, United States District Court,
Eastern District of New York

DISTRIBUTION TO:

| | |
|---|---|
| Adham M. Elsayed, Esq.<br>adham.e@gitmeidlaw.com | Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com |