FILED
CLERK

4/1/2021 11:18 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Geraldine Galvani,

            Plaintiff,

– against–

Synchrony Bank d/b/a JTV, and TransUnion LLC,

            Defendants.

Case No. 2:21-cv-00241-JMA-AKT

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SYNCHRONY BANK D/B/A JTV, ONLY**

---

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Geraldine Galvani, by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismisses Defendant Synchrony Bank d/b/a JTV *only* from this action without prejudice. This dismissal has no effect on the remaining defendants.

Dated: April 1, 2021

The Clerk of the Court is directed to close this case.
SO ORDERED.
/s/ JMA, USDJ
4/1/2021

Respectfully Submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

/s/ *Adham M. Elsayed*
Adham M. Elsayed, Esq.
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
adham.e@gitmeidlaw.com
*Counsel for Plaintiff*